**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 99-11000**
**Summary Calendar**

_____

**LISA L. KRISHER,**

**Plaintiff-Appellant,**

**VERSUS**

**XEROX CORP., ET AL,**

**Defendants,**

**XEROX CORP.; XEROX MEDICAL CARE & LONG TERM**
**DISABILITY PLAN, LTD. - The Travelers Company;**
**HARTFORD LIFE & ACCIDENT INSURANCE COMPANY;**
**HEALTH INTERNATIONAL,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
For the Northern District of Texas

(3:98-CV-120-AH-R)

_____

June 1, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Lisa Krisher ("Krisher") injured her back in July 1995 while

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

she was an employee of Xerox Corp. ("Xerox"). She received short term disability benefits for five months and then long term disability benefits until March 21, 1997, pursuant to ERISA plans provided by Xerox. Health International ("HI") was and is the case manager under the long term disability plan. The long term disability plan grants discretion to the medical case manager to determine medical eligibility for long term disability benefits. In March 1997, HI determined that Krisher was no longer qualified to receive long term disability benefits. Krisher exhausted her administrative appeals for such disability benefits and in June 1997 filed this lawsuit. By written consent of the parties the case was submitted to the magistrate judge for final disposition. The various defendants moved for summary judgment at various times which were granted. Finally, in September 1999, the district court entered a Final Judgment dismissing all of the plaintiff's claims with prejudice. Krisher filed her appeal to this Court.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record. For the reasons stated by the magistrate judge in his Order entered under date of August 19, 1999, we AFFIRM the Final Judgment entered by the magistrate judge on September 8, 1999.

AFFIRMED.